## SMITH *v.* ATLANTA CON. ST. RAILWAY CO.

*Lumpkin, J.*—The verdict in this case was demanded by a strong preponderance of the evidence; and if any error at all was committed, it affords no reason for disturbing the judgment denying a new trial.　　　　　*Judgment affirmed.*

July 20, 1896. By two Justices.

Action for damages. Before Judge Van Epps. City court of Atlanta. September term, 1895.

*Longino & Golightly,* for plaintiff.
*N. J. & T. A. Hammond,* for defendant.